38 So.2d 199

**Festus Earl GREGORY v. STATE.**
**6 Div. 668.**

Court of Appeals of Alabama.
Dec. 14, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

38 So.2d 200

**Crandall GRIFFIN v. STATE.**
**6 Div. 671.**

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

39 So.2d 925

**Robert F. GRIFFIN v. STATE.**
**4 Div. 80.**

Court of Appeals of Alabama.
April 5, 1949.

Douglas Brown, of Ozark, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

39 So.2d 57

**Duard HALL v. STATE.**
**8 Div. 725.**

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

38 So.2d 200

**Edwin HALL v. STATE.**
**6 Div. 681.**

Court of Appeals of Alabama.
Dec. 14, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

39 So.2d 57

**Johnnie HALL v. STATE.**
**2 Div. 895.**

Court of Appeals of Alabama.
Jan. 11, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.